UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MATTHEW ORMON,<br><br>         Defendant. | M.B.D. Case No. 22-91224-ADB |

**ASSENTED-TO MOTION TO EXTEND TIME WITHIN WHICH
INDICTMENT OR INFORMATION MUST BE FILED**

The United States of America hereby respectfully moves the Court for an Order, pursuant to 18 U.S.C. § 3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008), that extends the time within which an indictment or information must be filed in the above-captioned case until June 2, 2022.  Counsel for the defendant assents to this motion.

In support of the motion, the government states as follows:

1. Matthew Ormon (the "Defendant") has been charged by criminal complaint with one count of receipt of child pornography in violation of 18 U.S.C. § 2252A(a)(2)(A) and (b)(1) (Case No. 1:22-mj-2164-MBB).  The Defendant was arrested on April 5, 2022.  On April 7, 2022, a detention hearing was held before Hon. Marianne B. Bowler, U.S. Magistrate Judge, and on April 19, 2022, the Court ruled on the detention motion and ordered the Defendant released on conditions.

2. Undersigned counsel for the government requests this short extension due to unforeseen family circumstances, which resulted in unexpected leave and scheduling issues. The requested extension would allow the parties additional time to engage in pre-indictment

communications, permit defense counsel additional time confer with the Defendant, and facilitate scheduling issues related to potential indictment.

3. The government submits that the delay resulting from the extension of time for filing an indictment or information serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial.

4. Accordingly, the government asks the Court to enter an Order that extends the time within which an indictment or information must be filed in the above-captioned case for approximately two weeks, until June 2, 2022.

5. The government also asks the Court to exclude the time period from April 19, 2022, through and including June 2, 2021, from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the U.S. District Court for the District of Massachusetts, on the ground that the ends of justice served by granting the requested continuance and excluding these periods outweigh the best interests of the public and the defendant in a speedy trial.

6. The government has consulted with counsel for the Defendant, who assents to this motion.

7. No previous extensions have been requested.

        Respectfully submitted,

        RACHAEL S. ROLLINS
        United States Attorney

    By: */s/ Charles Dell'Anno*
        Charles Dell'Anno
        Assistant U.S. Attorney

Date:  May 18, 2022

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document will be sent via email to the attorney of record for the Defendant.

                                        */s/ Charles Dell'Anno*
                                        Charles Dell'Anno

Date:   May 18, 2022